**Order entered March 13, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01120-CV

**ERIN THORNTON, Appellant**

**V.**

**CITY OF PLANO, TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-00832-2014**

## ORDER

We **GRANT** appellant's March 12, 2015 unopposed motion for an extension of time to file a reply brief. Appellant shall file a reply brief by **APRIL 1, 2015**.

/s/     ELIZABETH LANG-MIERS
            JUSTICE